IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VIRGINIA CURTIS,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLARD E. OSMUNSON,<br><br>    Defendant. | Case No. CIV 04-0303-N-EJL<br><br>JUDGMENT |

Based upon this Court's Memorandum Order, dated April 14, 2006, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **April 14, 2006**

_/s/ Edward J. Lodge_
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- 1